435 A.2d 267

Commonwealth v. Ortiz, Appellant.

Argued March 19, 1980. Anthony E. Jackson, for appellant; Michele A. Goldfarb, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

LIPEZ, J., filed a memorandum concurring statement.